```
Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| SALAU, MARIAM ABIOLA | ) CASE NO.2:23-bk-10688-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:3/23/2023** |
| | ) **Time:9:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

    In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

    PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: February 13, 2023                                                  /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

## INSTRUCTIONS ON HOW TO ACCESS ZOOM

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/89278075433?pwd=REhYd3cyVlRVUWZsMkRWR21WWXorZz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **355467**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/89278075433?pwd=REhYd3cyVlRVUWZsMkRWR21WWXorZz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **355467**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **892 7807 5433**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**
1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **892 7807 5433**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **SALAU, MARIAM ABIOLA**

**Case No. LA 2:23-bk-10688-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

    NANCY CURRY, CHAPTER 13 TRUSTEE
    1000 WILSHIRE BLVD., SUITE 870
    LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 13, 2023
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 13, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| SALAU, MARIAM ABIOLA | TYSON TAKEUCHI |
| 2216 ROBINSON ST | 1055 WILSHIRE BLVD., STE. 850 |
| REDONDO BEACH, CA 90278 | LOS ANGELES, CA 90017- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on February 13, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 13, 2023 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing       Los Angeles Division              (p)DSNB MACY S
0973-2                                 255 East Temple Street,           CITIBANK
Case 2:23-bk-10688-WB                  Los Angeles, CA 90012-3332        1000 TECHNOLOGY DRIVE MS 777
Central District of California                                           O FALLON MO 63368-2222
Los Angeles
Mon Feb 13 08:59:14 PST 2023

Equifax                                Equifax                           Equifax Info Services LLC
PO Box 144717                          PO Box 740241                     Box 740256
Orlando, FL 32814-4717                 Atlanta, GA 30374-0241            Atlanta, GA 30374-0256


Experian                               Experian                          Experian
475 Anton Blvd                         NCAC                              NCAC
Costa Mesa, CA 92626-7037              PO Box 9556                       PO Box 9556
                                       Allen, TX 75013                   Allen, TX 75013-9556


Experian                               Franchise Tax Board               Franchise Tax Board
Profile Management                     Bankruptcy Section MS A340        PO Box 942867
PO Box 9558                            PO Box 2952                       Sacramento, CA 94267-0001
Allen, TX 75013-9558                   Sacramento, CA 95812-2952


(p)INTERNAL REVENUE SERVICE            Select Portfolio Servicing        (p)TRANSUNION
CENTRALIZED INSOLVENCY OPERATIONS      10401 Deerwood Park Blvd          555 W ADAMS
PO BOX 7346                            Jacksonville, FL 32256-5007       CHICAGO IL 60661-3631
PHILADELPHIA PA 19101-7346


TransUnion Consumer Relations          United States Trustee (LA)        fidelity creditors svc
PO Box 2000                            915 Wilshire Blvd, Suite 1850     441 N Varney St 2nd Fl
Chester, PA 19016-2000                 Los Angeles, CA 90017-3560        Burbank, CA 91502-1733


Mariam Abiola Salau                    Nancy K Curry (TR)                Tyson Takeuchi
2216 Robinson St                       1000 Wilshire Blvd., Suite 870    Law Offices of Tyson Takeuchi
Redondo Beach, CA 90278-2020           Los Angeles, CA 90017-2466        1055 Wilshire Blvd
                                                                         Suite 850
                                                                         Los Angeles, CA 90017-2467



               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Dsnb/Macys                             Internal Revenue Service          (d)Internal Revenue Service
Po Box 8218                            Centralized Insolvency Operation  Insolvency I Stop 5022
Mason, OH 45040                        Po Box 21126                      300 N Los Angeles St Ste 4062
                                       Philadelphia, PA 19114-0326       Los Angeles, CA 90012-3313


(d)Internal Revenue Service            (d)Internal Revenue Service       Trans Union Corporation
PO Box 21126                           PO Box 660002                     Attn: Public Records Department
Philadelphia, PA 19114-0326            Dallas, TX 75266-0002             555 W Adams St.
                                                                         Chicago, IL 60661
```

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20