Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| SALAU, MARIAM ABIOLA | ) CASE NO.2:23-bk-10688-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:6/15/2023** |
| | ) **Time:10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: May 23, 2023                                      /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/82713230051?pwd=TkRYYm9mT0FvenFIS1kwTDhNaTgvdz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **971278**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/82713230051?pwd=TkRYYm9mT0FvenFIS1kwTDhNaTgvdz09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **971278**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **827 1323 0051**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **827 1323 0051**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:     **SALAU, MARIAM ABIOLA**

**Case No. LA 2:23-bk-10688-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

      NANCY CURRY, CHAPTER 13 TRUSTEE
      1000 WILSHIRE BLVD., SUITE 870
      LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 23, 2023
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 23, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| SALAU, MARIAM ABIOLA | TYSON TAKEUCHI |
| 2216 ROBINSON ST | 1055 WILSHIRE BLVD., STE. 850 |
| REDONDO BEACH, CA 90278 | LOS ANGELES, CA 90017- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on May 23, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 23, 2023 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing         Los Angeles Division              American Express National Bank
0973-2                                  255 East Temple Street,           c/o Becket and Lee LLP
Case 2:23-bk-10688-WB                   Los Angeles, CA 90012-3332        PO Box 3001
Central District of California                                            Malvern  PA 19355-0701
Los Angeles
Tue May 23 07:17:49 PDT 2023

(p)DSNB MACY S                          Equifax                           (p)EQUIFAX  INC
CITIBANK                                PO Box 144717                     1550 Peachtree Street NE
1000 TECHNOLOGY DRIVE MS 777            Orlando, FL 32814-4717            Atlanta, GA 30309
O FALLON MO 63368-2222


Experian                                Experian                          Experian
475 Anton Blvd                          NCAC                              NCAC
Costa Mesa, CA 92626-7037               PO Box 9556                       PO Box 9556
                                        Allen, TX 75013                   Allen, TX 75013-9556


Experian                                FRANCHISE TAX BOARD               Franchise Tax Board
Profile Management                      BANKRUPTCY SECTION MS A340        PO Box 942867
PO Box 9558                             PO BOX 2952                       Sacramento, CA 94267-0001
Allen, TX 75013-9558                    SACRAMENTO CA 95812-2952


(p)INTERNAL REVENUE SERVICE             Select Portfolio Servicing        (p)TRANSUNION
CENTRALIZED INSOLVENCY OPERATIONS       10401 Deerwood Park Blvd          555 W ADAMS
PO BOX 7346                             Jacksonville, FL 32256-5007       CHICAGO IL 60661-3631
PHILADELPHIA PA 19101-7346


TransUnion Consumer Relations           U.S. Bank N.A.                    United States Trustee (LA)
PO Box 2000                             c/o Select Portfolio Servicing, Inc.   915 Wilshire Blvd, Suite 1850
Chester, PA 19016-2000                  P.O. Box 65250                    Los Angeles, CA 90017-3560
                                        Salt Lake City, UT 84165-0250


fidelity creditors svc                  Mariam Abiola Salau               Nancy K Curry (TR)
441 N Varney St 2nd Fl                  2216 Robinson St                  1000 Wilshire Blvd., Suite 870
Burbank, CA 91502-1733                  Redondo Beach, CA 90278-2020      Los Angeles, CA 90017-2466


Tyson Takeuchi
Law Offices of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017-2467
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dsnb/Macys                              Equifax                           (d)Equifax Info Services LLC
Po Box 8218                             PO Box 740241                     Box 740256
Mason, OH 45040                         Atlanta, GA 30374-0241            Atlanta, GA 30374-0256
```

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 21126<br>Philadelphia, PA 19114-0326 | (d)Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N Los Angeles St Ste 4062<br>Los Angeles, CA 90012-3313 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| (d)Internal Revenue Service<br>PO Box 660002<br>Dallas, TX 75266-0002 | Trans Union Corporation<br>Attn: Public Records Department<br>555 W Adams St.<br>Chicago, IL 60661 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Select Portfolio Servicing Inc., as servic | (d)Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24